RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
WILLIAM CARRICO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for GILBERT COOPER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>GILBERT COOPER,<br><br>                    Defendant. | 2:11-277-PMP-CWF<br><br>**UNOPPOSED MOTION AND ORDER TO EXTEND August 27, 2012 SELF SURRENDER DATE** |

        COMES NOW the Defendant, GILBERT COOPER, by and through his counsel, William Carrico, Assistant Federal Public Defender, and hereby requests an extension to his August 27, 2012 self surrender date of forty-five (45) days.  This request is based upon the attached Points and Authority and all pleadings and papers previously filed herein.

        DATED this 16th day of August, 2012.

                                        RENE L. VALLADARES
                                        Federal Public Defender

                                        */s/ William Carrico*
                                    By_____
                                        WILLIAM CARRICO
                                        Assistant Federal Public Defender

1

## POINTS AND AUTHORITIES

2       On June 25, 2012, this court issued a Judgment (#29) wherein Mr. Cooper was

3   sentenced to 10 months custody.  This court ordered that Mr. Cooper self-surrender by 12:00 noon

4   on August 27, 2012.

5       The U.S. Marshal's has advised that Mr. Cooper has yet to be designated.  Mr.

6   Cooper's designation entails a medical designation which typically delays the designation process.

7   Mr. Cooper also requires additional time to attend to some medical issues prior to surrendering to

8   the Marshals to commence his sentence.

9       Neither the Government or Pre-trial Services has any opposition.  Mr. Cooper has

10  continued to remain compliant post-sentencing.

11

## CONCLUSION

12      Mr. Cooper  hereby requests the court to extend his self surrender date from August

13  27, 2012 to a date in the future but no later than 45 days.

14

15      DATED this 16th day of August, 2012.

16                                          Respectfully submitted,

17                                          RENE L. VALLADARES
                                            Federal Public Defender
18
                                            /s/ William Carrico
19                                       By_____
                                            WILLIAM CARRICO
20                                          Assistant Federal Public Defender
                                            Counsel for Gilbert Martin
21

22

23

24

25

26

27

28

2

1   RENE L. VALLADARES
    Federal Public Defender
2   State Bar No. 11479
    WILLIAM CARRICO
3   Assistant Federal Public Defender
    411 E. Bonneville Avenue, Ste. 250
4   Las Vegas, Nevada 89101
    (702) 388-6577
5   (Fax) 388-6261

6   Attorney for Gilbert Cooper

7

8                           UNITED STATES DISTRICT COURT

9                                DISTRICT OF NEVADA

10

11  UNITED STATES OF AMERICA,            2:11-cr-277-PMP-CWF

12                  Plaintiff,           **ORDER ON MOTION TO EXTEND**
                                         **August 27, 2012 SELF SURRENDER**
13  vs.                                  **DATE**

14  GILBERT COOPER,

15                  Defendant.

16

17          IT IS HEREBY ORDERED that Defendant, Gilbert Cooper's self surrender date of

18  August 27, 2012, be extended to _ 10/11/2012               before 12:00 noon.

19          DATED this _ 16th day of August, 2012.

20

21

22                                       _____
                                         DISTRICT COURT JUDGE
23

24

25

26

27

28

                                         3

1   **CERTIFICATE OF ELECTRONIC SERVICE**

2   　　　　The undersigned hereby certifies that she is an employee of the Law Offices of the

3   Federal Public Defender for the District of Nevada and is a person of such age and discretion as to

4   be competent to serve papers.

5   　　　　That on August 16, 2012, she served an electronic copy of the above and foregoing

6   **MOTION AND ORDER TO EXTEND AUGUST 27,  2012 SELF SURREND DATE**,  by

7   electronic service (ECF) to the person named below:

8

9   　　　　　　　　　　DANIEL BOGDEN
　　　　　　　　　　United States Attorney

10   　　　　　　　　　　CHRISTINA BROWN
　　　　　　　　　　Assistant Untied States Attorney

11   　　　　　　　　　　333 Las Vegas Blvd. So., 5th Floor
　　　　　　　　　　Las Vegas, Nevada 89101

12

13

14   　　　　　　　　　　　　　*/s/ Bernadette Almeida*
　　　　　　　　　　　　　_____

15   　　　　　　　　　　　　　Employee of the Federal Public Defender

16

17

18

19

20

21

22

23

24

25

26

27

28